# Third District Court of Appeal
## State of Florida

Opinion filed July 19, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1425
Lower Tribunal No. F17-7060
_____

**Carlos George Vila,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Cristina Miranda, Judge.

Carlos George Vila, in proper person.

Ashley Moody, Attorney General, and Sandra Lipman, Assistant Attorney General, for appellee.

Before LOGUE, C.J., and FERNANDEZ and BOKOR, JJ.

PER CURIAM.

Affirmed.